UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING



FILED

4:14 pm, 1/21/26

Margaret Botkins
Clerk of Court

DANIEL HORTON,

Plaintiff,

v.

XANTERRA TRAVEL COLLECTION,

Defendant.

Case No: ___26-CV-26-SWS___

COMPLAINT AND JURY DEMAND

I. JURISDICTION

This Court has jurisdiction under 28 U.S.C. § 1332 (Diversity of Citizenship).

Plaintiff is a citizen of Montana.

Defendant is a corporation with its principal place of business in Colorado.

The amount in controversy exceeds $75,000, exclusive of interest and costs.

## II. STATEMENT OF CLAIM

5. During the winter of 2023-2024, while at Yellowstone National Park, Plaintiff was subjected to 60 days of life-threatening exposure without heat or power due to the gross negligence of the Defendant.

6. Defendant failed to maintain safe living conditions and showed reckless indifference to human life and safety.

7. As a direct result, Plaintiff suffered significant property damage and physical and emotional distress.

8. According to the laws of conservation, the information and energy within this system were mishandled by the Defendant, leading to the destruction of Plaintiff's property and health.

III. PRAYER FOR RELIEF

Plaintiff demands judgment against Defendant for:

Compensatory and punitive damages in the amount of $100,000,000.00.

A trial by jury on all issues so triable.

Dated: January 21, 2026

Respectfully submitted,

Daniel Horton (Pro Se)
1890 River Road
Troy, MT 59935
Email: lwraprvs@gmail.com